UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SARDINA,<br><br>    Petitioner,<br><br>    v.<br><br>GREG LEWIS, Warden,<br><br>    Respondent. | Case No. CV 12-7197-JAK (LAL)<br><br>**JUDGMENT** |

    Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: 8/10/15

                                                   HONORABLE JOHN A. KRONSTADT
                                                   UNITED STATES DISTRICT JUDGE